UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| **OPTIMUM IMAGING TECHNOLOGIES LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**PANASONIC CORPORATION, PANASONIC HOLDINGS CORPORATION, PANASONIC ENTERTAINMENT & COMMUNICATION CO., LTD. and PANASONIC OPERATIONAL EXCELLENCE CO., LTD.,**<br><br>Defendants. | **Case No. 4:23-CV-00926-ALM** |

## JOINT NOTICE OF SETTLEMENT AND REQUEST TO STAY ALL DEADLINES

Notice is hereby given that Plaintiff Optimum Imaging Technologies LLC ("OIT") and Defendants Panasonic Corporation, Panasonic Holdings Corporation, Panasonic Entertainment & Communication Co., Ltd., and Panasonic Operational Excellence Co., Ltd. (collectively, the "Panasonic Defendants") have reached a settlement-in-principle. The parties anticipate filing a stipulation of dismissal within forty-five (45) days. The parties request the Court immediately stay for forty-five (45) days all deadlines including but not limited to the deadlines set forth in the Scheduling Order (Dkt. 40) so that the parties may finalize the settlement agreement and the appropriate dismissal papers may be submitted.

Dated: April 11, 2025

Respectfully submitted,

| */s/ Herbert A. Yarbrough, III* | */s/ Ronald Wielkopolski* |
|---|---|

<div style="columns:2">

Herbert A Yarbrough, III
Bar No. 22133500
trey@yw-lawfirm.com
**YARBROUGH WILCOX, PLLC**
100 E. Ferguson St., Ste. 1015
Tyler, TX 75702
(903) 595-3111
(903) 595-0191

Michael J. Kasdan (pro hac vice)
mkasdan@wiggin.com
Joseph M. Casino (pro hac vice)
jcasino@wiggin.com
Sean W. Vallancourt (pro hac vice)
svallancourt@wiggin.com
Thomas Landman (pro hac vice)
tlandman@wiggin.com
**WIGGIN AND DANA LLP**
437 Madison Avenue 35th Floor New York, NY 10022
212.551-2600

**ATTORNEYS FOR PANASONIC DEFENDANTS**

Korula Cherian
CA Bar No. 133967
Robert M. Harkins
CA Bar No. 179525
**Cherian LLP**
2001 Addison St., Suite 275
Berkeley, CA 94704
bobh@cherianllp.com
Telephone: (510) 944-0190

Thomas M. Dunham
DC Bar No. 448407
Ronald Wielkopolski
DC Bar No. 1013586
Michael Woods
DC Bar No. 975433
**Cherian LLP**
1901 L St. NW, Suite 700
Washington, DC 20036
tomd@cherianllp.com
ronw@cherianllp.com
michaelw@cherianllp.com
Telephone: (202) 838-1560

Hunter S. Palmer
TX Bar No. 24080748
**Cherian LLP**
8350 N. Central Expressway, Suite 1900
Dallas, TX 75206
hunterp@cherianllp.com
Telephone: (945) 205-0305

E. Leon Carter
lcarter@carterarnett.com
Texas Bar No. 00790361
Scott W. Breedlove
sbreedlove@carterarnett.com
Texas State Bar No. 00790361
Monica Litle Goff
mgoff@carterarnett.com
Texas State Bar No. 24102101
Alexis Ritzer

</div>

aritzer@carterarnett.com
Texas State Bar No. 24115116
**CARTER ARNETT PLLC**
8150 N. Central Expressway, Suite 500
Dallas, Texas 75206
Telephone No. (214) 550-8188
Facsimile No. (214) 550-8185

Roger D. Sanders
rsanders@somlaw.net
Elvin E. Smith III
elvinsmith@siebman.com
**SIEBMAN LAW, LLP**
Paul Brown Federal Courthouse Square
300 North Travis St.
Sherman, TX 75090
Telephone No. (903) 870-0070
Facsimile No. (903) 870-0066

**ATTORNEYS FOR PLAINTIFF
OPTIMUM IMAGING TECHNOLOGIES
LLC**

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on April 11, 2025, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through electronic mail.

                                                           */s/ Ron Wielkopolski*