IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| OPTIMUM IMAGING TECHNOLOGIES LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>PANASONIC CORPORATION,<br>PANASONIC HOLDINGS CORPORATION,<br>PANASONIC ENTERTAINMENT &<br>COMMUNICATION CO., LTD., AND<br>PANASONIC OPERATIONAL EXCELLENCE<br>CO., LTD.,<br><br>    Defendants. | CIVIL ACTION NO. 4:23-CV-00926-ALM |

## **ORDER OF DISMISSAL WITH PREJUDICE**

On this day, Plaintiff Optimum Imaging Technologies LLC ("Plaintiff") and Defendants Panasonic Corporation, Panasonic Holdings Corporation, Panasonic Entertainment & Communication Co., Ltd., and Panasonic Operational Excellence Co., Ltd.'s (the "Panasonic Defendants") announced to the Court that they have resolved Plaintiff's claims for relief against Defendants asserted in this case and Defendants' claims, defenses and/or counterclaims for relief against Plaintiff asserted in this case. Plaintiff and Defendants have therefore requested that the Court dismiss Plaintiff's claims for relief against Defendant with prejudice and Defendants' claims, defenses and/or counterclaims for relief against Plaintiff without prejudice, and with all attorneys' fees, costs and expenses taxed against the party incurring same. The Court, having considered this request, is of the opinion that their request for dismissal should be granted.

IT IS THEREFORE ORDERED that Plaintiff's claims for relief against Defendants are dismissed with prejudice and Defendants' claims, defenses and/or counterclaims for relief against

Plaintiff are dismissed without prejudice.

IT IS FURTHER ORDERED that all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same.

**IT IS SO ORDERED.**

**SIGNED this 27th day of May, 2025.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE